**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | **PLAINTIFF** |
| **VS.** | **NO. 4:14CR00067-02-SWW** | |
| **ANNIE WATKINS** | | **DEFENDANT** |

## ORDER

The United States Probation Office has informed the Court that Defendant Annie Watkins is scheduled for surgical procedures on April 16, 2014, for treatment of significant medical conditions. In order to allow time for recovery, the Court will continue plea and arraignment until June 12, 2014, at 10:00 a.m. before Magistrate Judge Jerome Kearney.

The Court has reviewed Ms. Watkins's financial affidavit and concludes that she qualifies for appointment of counsel under the Criminal Justice Act. Lea Ellen Fowler is appointed to represent Ms. Watkins.

IT IS SO ORDERED this 15th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE