**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                           NO. 4:14CR00067-02-SWW

ANNIE WATKINS                                                                       DEFENDANT

**ORDER**

An informal status conference was held by telephone with counsel of record on December 18, 2014. Defendant Annie Watkins was represented by Lea Ellen Fowler and the Government was represented by Assistant United States Attorney Cameron McCree. Ms. Fowler informed the Court that Ms. Watkins is currently hospitalized in the Intensive Care Unit suffering from chronic respiratory failure and is on a ventilator. If she is released from the hospital, she would be admitted to long-term critical care.

Based on Ms. Watkins's medical prognosis, the United States will consider dismissing the charges against Ms. Watkins, without prejudice. Plea and arraignment proceedings are postponed until further notice.

IT IS SO ORDERED, this 19th day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE